No. 81–6872.   MCGAHEE *v.* MASSEY, SUPERINTENDENT, UNION CORRECTIONAL INSTITUTION.   C. A. 11th Cir.   Certiorari denied.

No. 81–6929.   AICE *v.* SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.

No. 81–6968.   JONES *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 82–60.   DOZIER *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 82–121.   HAWKINS ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–122.   CENTURY AIR FREIGHT, INC. *v.* CIVIL AERONAUTICS BOARD ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 82–124.   ROSSANO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 82–166.   ZENITH RADIO CORP. *v.* UNITED STATES ET AL.   C. C. P. A.   Certiorari denied.

No. 82–213.   CHAUFFEURS, TEAMSTERS & HELPERS, LOCAL UNION NO. 633 OF NEW HAMPSHIRE, ET AL. *v.* JONES MOTOR CO., INC.   C. A. 1st Cir.   Certiorari denied.

No. 82–305.   FARMERS BANK & TRUST COMPANY OF WINCHESTER, TENNESSEE *v.* TRANSAMERICA INSURANCE CO.   C. A. 6th Cir.   Certiorari denied.

No. 82–312.   OHIO-SEALY MATTRESS MANUFACTURING CO. ET AL. *v.* SEALY, INC., ET AL.   C. A. 7th Cir.   Certiorari denied.